UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA IBARRA, | CASE NO. CV F 12-0463 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 6.) |
| ACCLAIM CREDIT TECHNOLOGIES, INC., | |
| Defendant. | |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, **no later than July 23, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the June 28, 2012 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated: June 22, 2012**         /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE