IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA IBARRA,<br><br>    Plaintiff,<br><br> vs.<br><br>ACCLAIM CREDIT TECHNOLOGIES, INC.,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 12-0463 LJO DLB<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br>(Doc. 7.) |

  Plaintiff's counsel disobeyed this Court's June 22, 2012 order to file appropriate papers, no later than July 23, 2012, to dismiss or conclude this action in its entirety. Plaintiff has failed to show good cause why the action has not been dismissed. As such, this Court ORDERS plaintiff, no later than July 31, 2012, to file papers to show good cause why this Court should not impose sanctions, including monetary sanctions or dismissal with or without prejudice, against plaintiff and/or her counsel for failure to comply with the June 22, 2012 order. This order to show cause will be discharged if, no later than July 31, 2012, plaintiff files appropriate papers to dismiss this action in its entirety. This Court ADMONISHES plaintiff and her counsel that they must observe and obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

  IT IS SO ORDERED.

**Dated: July 24, 2012**        /s/ Lawrence J. O'Neill
                   UNITED STATES DISTRICT JUDGE