# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA IBARRA, | CASE NO. CV F 12-0463 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 9.) |
| vs. | |
| ACCLAIM CREDIT TECHNOLOGIES, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 25, 2012**            /s/ Lawrence J. O'Neill
                            UNITED STATES DISTRICT JUDGE

1